1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE LEBLANC,                         No. 2:16-cv-3010 AC P

12                    Plaintiff,

13         v.                                  ORDER and

14    PAIK,                                    FINDINGS AND RECOMMENDATIONS

15                    Defendant.

16

17         By an order filed November 22, 2017, this court ordered plaintiff to complete and return

18    to the court, within thirty days, the USM-285 form necessary to effect service on defendant.  ECF

19    No. 6.  After the thirty day period passed without any response from plaintiff, he was given an

20    additional twenty-one days to submit the necessary service documents and warned that failure to

21    do so would result in a recommendation that this case be dismissed.  ECF No. 9.  Twenty-one

22    days have now passed and plaintiff has not returned the required paperwork or otherwise

23    responded to this court's order.

24         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a

25    district judge to this action.

26         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

27    failure to prosecute.  See Fed. R. Civ. P. 41(b).

28    ////

1

1    These findings and recommendations will be submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court.  The document should be captioned "Objections to Findings and

5  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

6  may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

7  Cir. 1991).

8  DATED: February 13, 2018

9
                                            ALLISON CLAIRE
10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28